AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BENJAMIN PRATT <br><br> *Plaintiff(s)* <br><br> v. <br> CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") OFFICER LAMAR L. WARNER, shield number 25457, in his individual capacity; NYPD OFFICER RANDY ARACENAVILLAFANA, shield number 4861, in his individual capacity; NYPD OFFICER MARTA P. CIELEPA, shield number 6941, in her individual capacity; NYPD OFFICER VICTOR LEE, shield number 12722, in his individual capacity; NYPD OFFICER RONNIE L. ROMAN, shield number 21519, in his individual capacity; and NYPD SERGEANT DINA O. FRANTZIS, shield number 3195, in her individual capacity; and NYPD OFFICERS "JOHN DOE" #1-5, in their individual capacities, <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-09316 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See attahced rider.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN PRATT,

                Plaintiff,

    -against-

CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") OFFICER LAMAR L. WARNER, shield number 25457, in his individual capacity; NYPD OFFICER RANDY ARACENAVILLAFANA, shield number 4861, in his individual capacity; NYPD OFFICER MARTA P. CIELEPA, shield number 6941, in her individual capacity; NYPD OFFICER VICTOR LEE, shield number 12722, in his individual capacity; NYPD OFFICER RONNIE L. ROMAN, shield number 21519, in his individual capacity; and NYPD SERGEANT DINA O. FRANTZIS, shield number 3195, in her individual capacity; and NYPD OFFICERS "JOHN DOE" #1-5, in their individual capacities,

                Defendants.

Civil Action No. 1:25-cv-09316

**RIDER TO REQUEST FOR ISSUANCE OF SUMMONS**

---

**Defendants:**

CITY OF NEW YORK, c/o New York City Law Department, 100 Church Street, New York, NY 10007

NEW YORK CITY POLICE DEPARTMENT OFFICER LAMAR L. WARNER, shield number 25457, in his individual capacity, New York Police Department, Sixth Precinct, 233 West 10th Street, New York, NY, 10014

NEW YORK CITY POLICE DEPARTMENT OFFICER RANDY ARACENAVILLAFANA, Shield Number 4861, in his individual capacity, New York Police Department, 116th Precinct, 244-04 North Conduit Avenue, Queens, NY 11422

NEW YORK CITY POLICE DEPARTMENT OFFICER MARTA P. CIELEPA, Shield Number 6941, in her individual capacity, New York Police Department, Highway Unit 2, 2900 Flatbush Avenue, Brooklyn, New York 11234

NEW YORK CITY POLICE DEPARTMENT OFFICER VICTOR LEE, Shield Number 12722, in his individual capacity, New York Police Department, Transportation Bureau, 1 Police Plaza, Room 606, New York, NY, 10038

NEW YORK CITY POLICE DEPARTMENT OFFICER RONNIE L. ROMAN, Shield Number 21519, in his individual capacity, New York Police Department, Sixth Precinct, 233 West 10th Street, New York, NY, 10014

NEW YORK CITY POLICE DEPARTMENT SERGEANT DINA O. FRANTZIS, Shield Number 3195, in her individual capacity New York Police Department, Sixth Precinct, 233 West 10th Street, New York, NY, 10014

**Plaintiff's Attorneys' Firm Name, Address and Telephone Number:**

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP – Samuel Shapiro, Bianca Herlitz-Ferguson, One Rockefeller Plaza, 8th Floor, New York, NY 10020, 212-763-5000