

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __01/02/2026__

**MEMO ENDORSED**

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ZACHARY KALMBACH**
*Senior Counsel*
Phone: (212) 356-2322
Fax: (212) 356-3509
zkalmbac@law.nyc.gov

December 31, 2025

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Initial Conference set for 2/2/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, May 4, 2026 at 10:00 a.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **01/02/2026**

Re:   <u>Pratt v. City of New York, et al.,</u>
       25 Civ. 9316 (GHW) (KHP)

Your Honor:

I represent defendant the City of New York in the above-referenced matter. The City writes to respectfully request an adjournment of the initial conference, presently scheduled for February 2, 2025, at 11:00 a.m., until after the parties have fulfilled all requirements set forth in Local Civil Rule 83.10 (the "Plan"). This is the City's first such request. Plaintiff refuses consent to this request because the Plan does not require an adjournment of the initial conference.

By way of background, plaintiff filed the Complaint on November 7, 2025 (ECF No. 1). On November 10, 2025, this case was designated for participation in the Plan (<u>See</u> Docket Entry dated November 10, 2025). On November 12, 2025, the Court, *inter alia*, scheduled the initial conference for February 2, 2026, at 11:00 a.m., and ordered the parties to submit a proposed case management plan one week before the initial conference (ECF No. 7).

The City respectfully requests an adjournment of the initial conference until after the parties have fulfilled the requirements set forth in the Plan. It would be inefficient to hold an initial conference and duplicative to propose a discovery schedule at this time because the Plan already prescribes an expedited discovery and mediation schedule. Additionally, the Plan is designed to avoid early judicial intervention and to promote early settlement, and if the parties resolve this matter at or before the Plan-required mediation, a full discovery schedule will not be necessary at any point in this case. As such, it would be a more efficient use of the parties' and the Court's time to propose a discovery schedule and attend an initial conference after the parties have had an opportunity to complete the requirements set forth in the Plan. Insofar as the Court grants this

2

request, and pursuant to subsection (h) of the Plan, the parties will propose dates for an initial conference within ten weeks after the first defendant files an answer.

Accordingly, the City respectfully requests an adjournment of the initial conference, presently scheduled for February 2, 2025, at 11:00 a.m., until after the parties have fulfilled all requirements set forth in the Plan.

The City thanks the Court for its consideration herein.

Respectfully,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc:    By ECF
All counsel of record

2