<table>
<tr><td>

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: ___6/22/2026___

</td><td>



</td><td>

The Court thanks the Parties for the update.  The Parties are directed to submit another joint status update by **July 22, 2026.**

</td></tr>
</table>

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ZACHARY KALMBACH**
*Senior Counsel*
Phone: (212) 356-2322
Fax: (212) 356-3509
zkalmbac@law.nyc.gov

June 18, 2026

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

6/22/2026

Re:     Pratt v. City of New York, et al.,
        25 Civ. 9316 (GHW) (KHP)

Your Honor:

I represent the defendants in the above-referenced matter.  Defendants write jointly with plaintiff pursuant to the Court's Order dated May 18, 2026, to respectfully update the Court on the status of discovery.

By way of background, on May 18, 2026, the parties appeared for the initial conference, during which a discovery scheduled was entered and the Court directed the parties to submit a joint status report by June 18, 2026.  (ECF No. 35).  Since the initial conference, the parties have exchanged their first sets of interrogatories and document requests.  The parties intend to respond each other's requests within the time provided by Rules 33 and 34.  The parties currently have no discovery disputes.  Additionally, the parties are scheduled for mediation on June 25, 2026.

Thank you for your time and consideration.

Respectfully,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc:     By ECF
        All counsel of record