USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BENJAMIN PRATT,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------X

25-CV-9316 (GHW) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' joint status update filed on August 27, 2026. The Parties' request is GRANTED. The Parties shall submit a joint status update by **October 12, 2026**, indicating that they have reached a settlement or proposing a briefing schedule for motion practice.

**SO ORDERED.**

DATED: New York, New York
August 28, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge