USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BENJAMIN PRATT,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

-----------------------------------------------------------------X

**25-CV-9316 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 6, 2026, the parties appeared before the undersigned for a Case Management Conference. On the record the Court set a briefing schedule for Plaintiff's anticipated motion for attorneys' fees and costs. Plaintiff's motion shall be due by **November 12, 2026**. Any opposition shall be due by **December 18, 2026**. Any reply shall be due by **January 8, 2027.**

**SO ORDERED.**

DATED: New York, New York
October 6, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge