USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN PRATT,

Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") OFFICER LAMAR L. WARNER, shield number 725457, in his individual capacity; NYPD OFFICER RANDY ARACENAVILLAFANA, shield number 4861, in his individual capacity; NYPD OFFICER MARTA P. CIELEPA, shield number 6941, in her individual capacity; NYPD OFFICER VICTOR LEE, shield number 12722, in his individual capacity; NYPD OFFICER RONNIE L. ROMAN, shield number 21519, in his individual capacity; and NYPD SERGEANT DINA O. FRANTZIS, shield number 3195, in her individual capacity; and NYPD OFFICERS "JOHN DOE" #1-5, in their individual capacities,

Defendants.

No. 25-cv-09316

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

**WHEREAS** Plaintiff Benjamin Pratt commenced this action by filing a complaint on November 7, 2025 alleging that Defendants violated federal civil and state common law rights, in addition to the New York City Administrative Code;

**WHEREAS** Defendants served Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on July 30, 2026;

**WHERAS** Defendants' Offer of Judgment, by its terms, remained open and irrevocable for 14 days, until August 13, 2026; and

**WHEREAS** on August 13, 2026, Plaintiff served his Acceptance of Defendants' Offer of Judgment,

**NOW, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Under Rule 68 of the Federal Rules of Civil Procedure, Plaintiff takes judgment against defendants City of New York, New York City Police Department ("NYPD") Officer Lamar L. Warner, NYPD Officer Randy Aracena Villafana, NYPD Office Marta P. Cielpa, NYPD Officer Victor Lee, NYPD Officer Ronnie L. Roman, NYPD Sargeant Dina O. Frantzis, and NYPD Officers "John Doe" #1-15, in the amount of $100,001 to resolve all claims asserted against them in this action in their entirety, plus reasonable costs and attorneys' fees.

Dated: New York, New York
November 13, 2026

Katharine H Parker

HON. KATHERINE H. PARKER
UNITED STATES MAGISTRATE JUDGE